IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**DELOIS BAYMON**                                                          **PLAINTIFF**

V.                                          **NO. 4:08CV14-M-B**

**FEDERAL COMPRESS WAREHOUSE**                          **DEFENDANT**

### ORDER

Upon further review of the file and record of this action and having conducted a case management conference herein this date,

**IT IS, THEREFORE, ORDERED** that the *pro se* plaintiff shall have thirty (30) days from this date to either retain counsel or notify this Court in writing of her decision to proceed *pro se* (without counsel).

**That should the Plaintiff fail to comply with this order, it will be my recommendation that this action be dismissed for failure to prosecute and for failure to obey an order of the Court pursuant to FED.R.CIV.P. 41(b).**

This, the 4th day of November, 2008.

                                                             /s/ David A. Sanders
                                                              UNITED STATES MAGISTRATE JUDGE