IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**DELOIS BAYMON**                                                                                         **PLAINTIFF**

**V.**                                                            **NO. 4:08CV14-M-B**

**FEDERAL COMPRESS WAREHOUSE**                                      **DEFENDANT**

### ORDER STAYING CASE

Before the Court are the *pro se* plaintiff's oral motion for additional time in which to retain counsel to represent her in this action and the defendant's response in opposition. The Court has duly noted the defendant's objections; however, the same are overruled in light of the plaintiff's efforts to obtain counsel and her timely request for an extension. Accordingly, the plaintiff shall be granted thirty (30) days from this date in which to retain counsel. On or before said deadline, the plaintiff's new attorney shall enter an appearance herein, or the plaintiff shall notify the Court in writing that she intends to proceed without counsel. All proceedings shall be **STAYED** pending the foregoing period. **The plaintiff is warned that should she fail to comply with this order, it will be my recommendation that this action be dismissed.**

      **SO ORDERED** this 3rd day of December, 2008.

                                                                 /s/ David A. Sanders
                                                                UNITED STATES MAGISTRATE JUDGE